UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DALTON BELL,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES PAROLE COMMISSION, et al.,<br><br>        Respondent. | Case No. 16-cv-03568-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/28/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge